IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ALTURO PASCO, | : |
| Plaintiff, | : |
| vs. | : 1:04-CV-97(WLS) |
| Sheriff JAMIL SABA, | : |
| Defendant. | : |

**ORDER**

Presently pending herein is a Motion to Compel Discovery filed by the plaintiff on or about February 8, 2005, (document # 17). As drafted and filed by the plaintiff his motion is **DENIED** for his failure to comply with the dictates of Federal Rule of Civil Procedure 37(a)(2)(A). The second sentence of that rule provides that, "[t]he motion [to compel] must include a certification that the movant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without court action." Plaintiff may re-file his motion with the above stated certification if he wishes for the court to consider the merits of his motion.

SO ORDERED, this 26th day of August.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE