IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ALTURO PASCO, | : |
| Plaintiff, | : |
| vs. | : 1:04-cv-97(WLS) |
| Sheriff JAMIL SABA | : |
| Defendant. | : |

**O R D E R**

Presently pending herein is plaintiff's motion seeking reconsideration of the court's order denying plaintiff's motion to amend his complaint. After carefully considering the plaintiff's motion to amend, the order denying same and the currently pending motion, the same is hereby **DENIED.**

SO ORDERED, this 13th day of September.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE