IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| **ALTURO PASCO,** | |
| Plaintiff, | |
| VS. | CIVIL ACTION FILE NO. **1:04-CV-97(WLS)** |
| **JAMIL SABA** | |
| Defendants. | |

**O R D E R**

On October 22, 2004, this court denied plaintiff's motion for the appointment of counsel. Plaintiff now, through motion, seeks reconsideration of that order. Plaintiff's motion is **DENIED** as untimely. Plaintiff's current motion was dated by him on November 4, 2005, and docketed in this court on November 17, 2005. Local Rule 7.6 provides that motions for reconsideration be filed within ten (10) days of the entry of the order or judgment. Plaintiff's motion is thus clearly untimely.

SO ORDERED, this 21st day of November 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE