### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

| | |
|---|---|
| ALTURO PASCO, | : |
| Plaintiff, | : |
| v. | : 1:04-CV-97 (WLS) |
| JAMIL SABA, Sheriff, | : |
| Defendants. | : |

### O R D E R

Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. 41), filed August 29, 2006. It is recommended that Defendants' motion for summary judgment (Doc. 32) be granted and Plaintiff's motion to deny summary judgment (Doc. 38) be denied. Plaintiff has filed a timely objection to the Recommendation. (Doc.42).

While well written, Plaintiff's objection reiterates the same issue raised before and addressed by the Magistrate Judge. Plaintiff continues to argue that his right to association out weighs the Sheriff's concerns for safety of the visitors, staff and security of the facility. Plaintiff does not cite to any new persuasive authority supporting his argument or otherwise persuade the Court that the Magistrate Judge erred.

Upon full review and consideration upon the record, the Court finds that said Recommendation (Doc. 41) should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein; and for the reasons, findings and conclusions reached herein. Accordingly, Defendants' motion for summary judgment (Doc. 32) is **GRANTED** and Plaintiff's motion to deny Defendant's motion for summary judgment (Doc. 38) is **DENIED.**

SO ORDERED, this   26th   day of September, 2006.

                                  /s/W. Louis Sands
                                 **W. LOUIS SANDS, JUDGE**
                                 **United States District Court**