IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

FILED
U.S. DISTRICT COURT
          GIA

          -7  PM 2: 45

          WKS
          CLERK

ALTURO PASCO,                    :
                                 :
              Plaintiff          :
                                 :
     VS.                         :
                                 :     CIVIL ACTION NO.: 1:04-CV-97 (WLS)
JAMIL SABA,                      :
                                 :
              Defendant          :
                                 :
                                 :

## ORDER

Plaintiff **ALTURO PASCO** has filed a motion to proceed *in forma pauperis* on appeal
from the Court's Order adopting the United States's Magistrate Judge's recommendation to grant
defendant's motion for summary judgment in this 42 U.S.C. § 1983 action.

In the Court's best judgment, an appeal from that Order cannot be taken in good faith. 28
U.S.C. § 1915(a)(3).

Additionally, the Court notes that plaintiff has filed numerous civil actions with federal
courts in the State of Georgia while incarcerated. At present, at least three of these complaints
and/or appeals were dismissed as frivolous pursuant to 28 U.S.C. § 1915. *See Pasco v. LeBlanc,*
1:04-CV-98-WLS and No. 06-12622-A (11th Cir., Sept. 14, 2006)(appeal dismissed as frivolous)
*; Pasco v. Hanes,* 1:04-CV-64-WLS (M.D Ga., July 28, 2004); and *Pasco v. Fields*, 1:03-CV-
74-WLS (M.D. Ga., May 27, 2003).

The Prison Litigation Reform Act of 1995 provides that a prisoner may not bring a civil
action or **appeal** a civil judgment under section 1915 "if the prisoner has, on 3 or more prior

occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of

the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state

a claim upon which relief may be granted, unless the prisoner is under imminent danger of

serious physical injury." 28 U.S.C. § 1915(g). Plaintiff, as explained above, has had three

actions dismissed as frivolous and he has made no showing of imminent danger of serious

physical injury.

For these reasons, plaintiff's motion to proceed *in forma pauperis* on appeal is hereby

**DENIED**.

**SO ORDERED**, this _7th_ day of November, 2006.

_____
W. LOUIS SANDS
UNITED STATES DISTRICT JUDGE

lnb